UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AAMCO TRANSMISSIONS, INC.,

        Plaintiff,        Misc. S-04-0293 PAN

    v.

                           ORDER

JOSE O. SANDOVAL,

        Defendant.

-o0o-

    On December 29, 2005, plaintiff filed an Acknowledgment of Satisfaction of Judgment stating that the judgment against defendant has been satisfied in full.  The judgment was entered March 31, 2004, by the U.S. District Court for the Eastern District of Pennsylvania; this court's role has been limited to registration and enforcement of the judgment pursuant to a writ of execution and consideration of defendant's asserted exemptions.  The full satisfaction of judgment terminates this court's jurisdiction.

Accordingly, the Clerk of Court is directed to close this file.

So ordered.

Dated:  January 18, 2006.

                                   /s/ Peter A. Nowinski  
                                   PETER A. NOWINSKI  
                                   Magistrate Judge